03-00077 USDC-RIPR J. Lisi

# United States Court of Appeals

## For the First Circuit

**MANDATE**

No. 04-1024

UNITED STATES OF AMERICA,

Appellee,

v.

ERNESTO LUCIANO,

Defendant, Appellant.

RECEIVED
AUG 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

---

**JUDGMENT**

Entered: July 8, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court upon Ernesto Luciano is affirmed.

**By the Court:**

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 8/4/05

[cc: Mr. Goldstein, Mr. Lockhart, & Mr. Murphy.]