Ernesto Luciano-01740-049
P.O. Box 3000
White Deer, PA 17887

U.S. District Court
District of Rhode Island
Exchange Terrace
Providence, RI 02903

January 3, 2006

In re: Case # 1:03-cr-00077-ML (U.S. v. Luciano)

Dear Clerk:

May this letter serve as notice of Mr. Luciano's intent to file a Booker claim.

Sincerely,

E. Luciano

Ernesto Luciano