No Response

FILED
APR 07 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CR 03-077ML

MOTION FOR EXTENSION OF TIME

Now Comes The Defendant, Ernesto Luciano, and requests an extension of Time to file his motion under 28 U.S.C § 2255 for the following reasons:

The Judgement in this case was entered on July 8, 2005. Since the announcement of the case being affirmed by the U.S. Court of Appeals for the First Circuit, defendant attorney ceased all contact with the defendant.

Defendant has requested countless times copies of the Goverment's Motion brief in opposition to defendant's brief and Supplemental Brief For the Appelant. The attorney never responded.

Defendant finally received the requested material from the Clerk of Court of the U.S. Court of Appeals in forma pauperis on March 27, 2006.

Denied. Mary M. Lisi USDJ 5/5/06

Defendant has no attorney willing to file this motion in his behalf and has no real knowledge or experience in filing motions.

Defendant contacted his sentencing Judge addressing his concerns. The Judge wrote to the attorney asking him to contact defendant regarding his concerns. Defendant has yet to hear from the attorney.

For the reasons stated above, the Court should grant defendant an extension of time due to the circumstances.

Respectfully Submitted,

Ernesto Luciano